UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JASON BARNARD, | Case No. EDCV 14-833 GW(JC) |
|---|---|
| Plaintiff, | |
| v. | JUDGMENT |
| U.S. GOVERNMENT, | |
| Defendant. | |

In accordance with the Court's Order Dismissing Action, IT IS HEREBY ADJUDGED that the Complaint filed in this action is dismissed without leave to amend and that this action is dismissed with prejudice.

DATED: May 5, 2014

_____

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE